Adam G. Husik (NJ Attorney ID#: 015082004)
**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SWAMPFOX OPTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> Y&E DEALS LLC, <br><br> Defendant. | Civil Action No: 3:24-cv-10407-RK-TJB <br><br> **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Swampfox Optics Inc. ("Plaintiff" or "Swampfox Optics") states that Swampfox Optics has no parent companies, and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: November 13, 2024

Respectfully submitted,

 */s/ Adam G. Husik*
Adam G. Husik
adam.husik@klgates.com
Morgan T. Nickerson (*pro hac vice*)
morgan.nickerson@klgates.com
**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Tel: (973) 848-4000